STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FRED FITTIPALDI, DEFENDANT-PETITIONER.

Mr. *James M. Davis, Jr.*, for the petitioner.

Mr. *Harold T. Parker* for the respondent.

January 21, 1952. Denied.

ETHEL HOLLY, PLAINTIFF-RESPONDENT, v. MEYERS HOTEL AND TAVERN, INC., DEFENDANT-PETITIONER.

See same case below: 15 *N. J. Super.* 381.

Mr. *Andrew Lawrie* for the petitioner.

Mr. *John A. Laird* for the respondent.

January 21, 1952. Granted.